Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

HEAVEN JEROME JR
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

MARION COUNTY SHERIFF OFFICE
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:23-CV-449-TJC-PRL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEROME HEAVEN JR |
| Street Address | 1413 NW 18st |
| City and County | OCALA MARION |
| State and Zip Code | FL 34475 |
| Telephone Number | 352 282 7119 |
| E-mail Address | YoungJerome368@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Billy Woods and His officers

Job or Title *(if known)* — SHERIFF

Street Address — 3290 NW 10 St

City and County — Ocala MARion

State and Zip Code — FL 34475

Telephone Number — 352 351-8077 SAY Billy own the place

E-mail Address *(if known)*

Defendant No. 2

Name — Officer MOORE / SGT Jennings / SGT DIAZ

Job or Title *(if known)*

Street Address — 3290 NW 10

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — SGT BOWE / MENDES Ramos

Job or Title *(if known)* — SGT

Street Address — 3290 NW 10

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — OFFICER DORES

Job or Title *(if known)* — RN

Street Address — 3290 NW 10

City and County — Ocala MARion

State and Zip Code — FL AND 34475

Telephone Number — 351 8077

E-mail Address *(if known)*

Coffee

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. RECKLESS ENDANGERMENT, IMMINENT DANGER SERIOUS PHYSICAL HARM, FALSE ARREST FALSE IMPRISONMENT, USE OF DEADLY FORCE PRISONER Retaliation ACTION medical Negligence CIVIL RIGHTS RELIGIOUS

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

ARRESTED BY

REFUSED RELIGIOUS MEAL

MARION SHERIFF OFFICER LOCKED ME IN THE GARGE AFTER my LANDLORD committed THE SAME CRIME DISPATCH ASK ME AM I SURE THE OFFICER DID IT OFFICER MOORE WHILE HAND CUFF KNEED IN a INJURED KNEED FELL WITHOUT ANY WAY TOO BREAK THE FALL, PLACE IN CONFINMENT WITH INMATE 100 lb + PISCO AND WAS completely tortured LPN PRESCRIDE MEDS Refused me medical Attention CHEST PAIN PPS 45 then threaden

## IV.   Relief

COVID-19 POSITIVE TEST

to tase me medical okayed taser (NOURSE DORIS MADE FORCE TO WEAR USED MASK PLACED IN HANDCUFF me A1 WITNESS INMATE)

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal DEATH arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include ADVENT the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any HEALTH punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

5 million Violated the oath signed In on Law Enforcement oath of office

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _July 18, 2023_

Signature of Plaintiff    _Jerome Heaven Jr_

Printed Name of Plaintiff    _JEROME HEAVEN JR_

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____